# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREI GORBATENKO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ERNESTO SANTACRUZ, JR., et al.,<br><br>　　　　　Respondents. | Case No. 5:26-cv-00283-AB-PD<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge ("the Report"). The objections period was waived by both parties.

　　The Court accepts the Report and adopts it as its own findings and conclusions. Accordingly, the second ground for relief asserted in the Petition (procedural due process) is granted, and the remaining three grounds for relief are denied without prejudice.

　　Respondents are ORDERED to release Petitioner immediately with the same conditions he was subject to immediately prior to his detention on September 30, 2025.

1 |     Respondents are further ORDERED to file a Notice of Compliance within two days of this Order confirming that Petitioner has been released from custody. Such notice shall note the exact terms of Petitioner's ongoing conditions of supervision.

    Respondents are PROHIBITED from re-detaining Petitioner absent notice and an opportunity to be heard with his counsel present.

    IT IS SO ORDERED.

DATED: March 10, 2026

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE