JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREI GORBATENKO, | Case No. 5:26-cv-00283-AB-PD |
| Petitioner, | **JUDGMENT** |
| v. | |
| ERNESTO SANTACRUZ, JR., et al., | |
| Respondents. | |

Pursuant to the Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is granted as to the second ground for relief.

DATED: March 10, 2026

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE